IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NO.: 3:02cr110/RV
                                                     3:07cv386/RV/MD

BRIAN A. PUGH

_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's amended report and recommendation dated February 18, 2011. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's amended report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 131) is GRANTED as to defendant's claim that he is entitled to re-sentencing due to a reduction in the number of prior convictions for "crimes of violence" after the Supreme Court's decision in _Begay_; and the motion to vacate is DENIED with respect to all other claims.

DONE AND ORDERED this 9th day of March, 2011.

                                               /s/ _Roger Vinson_
                                               ROGER VINSON
                                               SENIOR UNITED STATES DISTRICT JUDGE