# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case Nos.  3:02cr110/RV**
                                                              **3:13cv403/RV/CJK**

**BRIAN A. PUGH**
      **Reg. No. 02040-088**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 15, 2016 (doc. 237). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections (doc. 239).

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion to vacate, set aside, or correct sentence (ECF No. 218) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of April, 2016.


/s/ Roger Vinson                                    
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos. 3:02cr110/RV; 3:13cv403/RV/CJK